UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBERT ALAN POWER                                    CIVIL ACTION

versus                                               NO. 12-567

BURL CAIN, WARDEN, L.S.P.                            SECTION: "F" (1)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Robert Alan Power** for *habeas corpus* relief is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 30th day of MAY, 2012.

UNITED STATES DISTRICT JUDGE