UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT ALAN POWER | CIVIL ACTION |
| versus | NO. 12-567 |
| BURL CAIN, WARDEN, L.S.P. | SECTION: "F" (1) |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Robert Alan Power** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 6th day of AUGUST, 2012.

_____
UNITED STATES DISTRICT JUDGE